WILLIAM H. ROE et al., as Administrators of the Estate of CAROLINE E. ROE, Deceased, Respondents, *v.* S. ANNIE MILLS, as Administratrix of the Estate of S. DECATUR HAWKINS, Deceased, Appellant.

*Roe* v. *Mills,* 174 App. Div. 886, affirmed.

(Argued March 20, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1916, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in

an action on a promissory note dated January 2, 1908. On the back of the note, in the handwriting of the payee one interest payment of $100, alleged to have been received on April 8, 1911, was credited. A similar entry was found in her check book. No claim was made on the note until March 13, 1915, and this action was not begun until July 13, 1915. The defense was that the action was not brought within the six-year statutory period; that there was no sufficient proof of the indorsement of the payment on account of the note; that the note was mutilated and canceled and that the plaintiff had not met the burden upon it to explain the mutilation or cancellation.

*Alfred H. Holbrook* and *Louis Werner* for appellant. *Ralph J. Hawkins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.